```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JEWEL RUSSELL-OTERO AND
JOHNNY OTERO

        Defendant.

------------------------------------------------------------x

07 CR 458 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by the government, the conference previously scheduled for December 11, 2007 is adjourned until December 19, 2007 at 2:30 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations. Accordingly, the time between today and December 19, 2007 is excluded.

    SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       December 11, 2007